**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-2289**

—————————

KENT J. ASHTON,

        Plaintiff - Appellant,

    v.

FEDERAL AVIATION ADMINISTRATION, Administrator,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:24-cv-00113-TDS-JEP)

—————————

Submitted: July 23, 2026                                   Decided: July 27, 2026

—————————

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Kent J. Ashton, Appellant Pro Se. Nathan Lee Strup, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kent J. Ashton appeals the district court's order dismissing his civil action for lack of standing as Ashton failed to demonstrate a concrete injury in fact. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ashton v. Fed. Aviation Admin.*, No. 1:24-cv-00113-TDS-JEP (M.D.N.C. Sept. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
